IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:17-CV-055-DCK

| ANGELA REDMOND MURDOCK, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding scheduling concerns. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and there are ripe motions for summary judgment pending before the Court.

The undersigned has decided that a hearing in this matter, if necessary, will be held on March 28, 2018, instead of March 8, 2018. As such, the undersigned directs counsel for each side to appear on March 28, 2018, unless otherwise ordered by the Court, prepared to discuss the status of this case and to argue the merits of the pending motions.

**IT IS, THEREFORE, ORDERED** that counsel for Plaintiff and Defendant shall appear before this Court at the Charles R. Jonas Federal Building, 401 W. Trade Street, Charlotte, North Carolina, on **March 28, 2018**.

**SO ORDERED**.

Signed: March 1, 2018

David C. Keesler
United States Magistrate Judge